# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BELTRAN and LISA REINGOLD, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CEDARS-SINAI HEALTH SYSTEM and CEDARS-SINAI MEDICAL CENTER,<br><br>Defendants. | Case No.:  2:23-cv-02626-DSF-JPR<br><br>**ORDER APPROVING STIPULATION REGARDING BRIEFING AND HEARING ON PLAINTIFFS' MOTION TO REMAND** |

This matter came before this Court upon Plaintiffs Steven Beltran and Lisa Reingold ("Plaintiffs") and Defendants Cedars-Sinai Health System and Cedars-Sinai Medical Center's ("Defendants") (collectively, the "Parties") Stipulation Regarding Briefing and Hearing on Plaintiffs' Motion to Remand. Having reviewed the stipulation, being fully advised on the matter, and for good cause shown, THE COURT HEREBY ORDERS that the Stipulation is APPROVED as follows:

(1) The Notice of Motion and Motion to Remand filed on March 27, 2023 in *Browne v. Cedars-Sinai Health System et al.*, United States District Court of California, Central District of California Case No. 2:23-cv-01551 ("*Browne*") [*Browne*, Dkt. 14]; the Opposition to Plaintiff's Motion to Remand [*Browne*, Dkt. 17], Declaration of Craig Kwiatkowsky in Support of Defendants' Opposition to Plaintiff's Motion for Remand [*Browne*, Dkt. 17-1], Request for Judicial Notice in Support of Defendants' Opposition to Plaintiff's Motion to Remand, Exhibits A to D thereto, and (Proposed) Order granting same [*Browne*, Dkt. 18, 18-1, 18-2] filed on April 10, 2023 in *Browne*; and the Reply in Support of Plaintiff's Motion for Remand [*Browne*, Dkt. 19] filed on April 17, 2023 in *Browne* shall be adopted and given effect in this action for purposes of the briefing on, and the Court's adjudication of, Plaintiffs' Motion to Remand filed in this action [Dkt. 12] ("*Beltran* Remand Motion");

(2) The currently-scheduled May 22, 2023 hearing on the *Beltran* Remand Motion is removed from the Court's calendar and taken under submission; and

(3) Plaintiffs' Notice of *Ex Parte* Application for an Order Consolidating Hearings on Related Motions to Remand [Dkt. 13] is denied as moot.

**IT IS SO ORDERED.**

DATED: April 26, 2023

                                          HONORABLE DALE S. FISCHER
                                          UNITED STATES DISTRICT JUDGE